**Order entered April 25, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00921-CV

## IN RE THE GUARDIANSHIP OF R.R.A., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-06-03471-3**

### ORDER

Before the Court is appellant's April 20, 2022 first unopposed motion for extension of time to file her reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 25, 2022.

/s/    CRAIG SMITH
        JUSTICE